## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MARLENE KAY WALTMAN AND JOEL WALTMAN, HUSBAND AND WIFE | : | No. 473 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| GYRUS ASMI, L.P., GYRUS ACMI, LLC, GYRUS ACMI, INC., GYRUS MEDICAL LTD., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS AMERICA INC., OLYMPUS CORPORATION | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: OLYMPUS CORPORATION, GYRUS ACMI, INC., AND GYRUS ACMI, LLC | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.